ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Vertex Aerospace, LLC                          )        ASBCA No. 62803
                                               )
Under Contract No. FA8105-16-D-0003            )

APPEARANCES FOR THE APPELLANT:          W. Jay DeVecchio, Esq.
                                        R. Locke Bell, Esq.
                                        Alissandra Young, Esq.
                                          Morrison & Foerster, LLC
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Jeffrey P. Hildebrant, Esq.
                                          Deputy Chief Trial Attorney
                                        Lawrence M. Anderson, Esq.
                                          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled in accordance with the Settlement Agreement and Mutual Release dated November 28, 2022, and the parties' obligations therein have been met. Pursuant to the joint motion of January 9, 2023, the appeal is dismissed with prejudice.

Dated: January 10, 2023

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62803, Appeal of Vertex Aerospace, LLC, rendered in conformance with the Board's Charter.

Dated: January 10, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals